**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Betty Aldama, ) | No. CIV-05-2016-PHX-MHM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Elizabeth Hatch; Kathy Pierce; Jim Drake; ) | |
| Bill Youngkratz; and the Arizona House of ) | |
| Representatives, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Currently before the court is Plaintiff's motion for appointment of counsel. (Dkt. #3) Having reviewed the motion, the Court issues the following order.

There is no constitutional right to appointment of counsel in a civil case. Ivey v. Bd. of Regents of Univ. of Alaska, 673 F.2d 266, 269 (9th Cir. 1982). The appointment of counsel in a civil case is required only when exceptional circumstances are present. Aldabe v. Aldabe, 616 F.2d 1089, 1093 (9th Cir. 1980). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits [and] the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved.'" Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). The Court must review both of these factors together in deciding whether or not to appoint counsel. Id.

The Court may appoint counsel for indigent litigants in civil cases only when exceptional circumstances are present. Aldabe, 616 F.2d at 1093. In the instant case, Plaintiff alleges Defendants discriminated against her when terminating her employment in

1  violation of Title VII of the Civil Rights Act.  This case does not present any unique or
2  complicated issues.  Instead, it will require the finder of fact to evaluate the credibility of
3  witnesses, whether the alleged discrimination place, and/or whether Defendants had a
4  legitimate nondiscriminatory basis when terminating Plaintiff's employment. The Court has
5  reviewed and evaluated Plaintiff's complaint and finds that this action does not present
6  "exceptional circumstances" justifying the appointment of counsel.

**Accordingly,**

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel is denied. (Dkt. # 3).

DATED this 20th day of October, 2005.

_____
Mary H. Murguia
United States District Judge